**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE ) | | |
| SEARCH OF: ) | | |
| ) | **ORDER** | |
| 1998 Ford Explorer, Green in Color, ) | | |
| Bearing North Dakota License Plate ) | | |
| KKH634, VIN #1FMZU35P4WZA88182; ) | | |
| and, ) | | |
| ) | | |
| The Evidence of Locker of the Tioga ) | Case No. 4:15-mj-093 | |
| Police Department Located at 12 First ) | | |
| Street, Northeast , Tioga, North Dakota. ) | | |

On June 5, 2015, the Government filed a motion to seal this matter on the grounds that disclosure of its contents may compromise an ongoing criminal investigation. For good cause shown, the court **GRANTS** the Government's motion (Docket No. 3) and **ORDERS** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of FBI Special Agent Bruce Bennett, the Search Warrant Return, and the Government's Motion to Seal, shall remain under seal until October 5, 2015.

Dated this 5th day of June, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge